### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re:                   | CHAPTER # 7          |
|--------------------------|----------------------|
| CHRISTOPHER REDFORD      | CASE NO. 09-30560    |
| Debtor.                  |                      |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**           **CHECK AMOUNT**
Cache Valley Community Health Clinic           $19.12
550 East 1400 North
Suite K
Logan, UT 84341

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$19.12** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of September, 2011.

/s/
Steven R. Bailey, Trustee

